UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOEY HARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:20-CV-318-KAC-CHS |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In the "Memorandum Opinion and Order Granting Defendants' Motion for Judgment," the Court **GRANTED** Defendants' "Motion for Judgment on the Record" [Doc. 27]. This case is dismissed. Accordingly, the Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT